UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MELVIN DEAS, on behalf of himself, individually,
and on behalf of all others similarly-situated,

                                 Plaintiff,

                                 **Docket No.: 1:17-cv-03947-DCF**

              -against-

ALBA CARTING & DEMOLITION INC., ALBA
SERVICES INC., and ANDREW HORAN,
individually,

                                Defendants.
------------------------------------------------------------------X

**NOTICE OF PLAINTIFF'S CONSENT MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF NAMED PLAINTIFF AS CLASS REPRESENTATIVE, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION <u>SETTLEMENT PROCEDURE</u>**

      PLEASE TAKE NOTICE THAT, for the reasons set forth in the Memorandum of Law in Support of Plaintiff's Consent Motion for Preliminary Approval of the Settlement, Certification of Settlement Class, Appointment of Named Plaintiff as Class Representative, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement and Class Action Settlement Procedure, and the Declaration of Michael R. Minkoff, Esq. ("Minkoff Decl."), and the exhibits attached thereto, both filed contemporaneously herewith, Named Plaintiff Melvin Deas respectfully requests that the Court:

(1) preliminarily approve the proposed Settlement Agreement, annexed to the Minkoff Decl. as Exhibit A, along with the stipulation amending the same, attached as Exhibit A-1;

(2) approve the proposed Notice of Pendency of Class Action Settlement ("Notice"), attached to the Minkoff Decl. as Exhibit B, and the Claim Form and Release ("Claim Form"), attached to the Minkoff Decl. as Exhibit C;

(3) certify, for settlement purposes only, the following two settlement classes, the members of which are hereinafter referred to as "Class Members," and are defined as:

    a. under Fed. R. Civ. P. 23(a) and (b)(3), all current and former laborers who worked for Defendants in New York at any point from May 24, 2011, through the date on which the instant motion is filed; and

    a. under 29 U.S.C. § 216(b), all current and former laborers who worked for Defendants at any point from May 24, 2011, through the date on which the instant motion is filed, and who submit a Claim Form to thereby opt-in to this action.

(4) appoint Named Plaintiff Melvin Deas as Class Representative;

(5) appoint Borrelli & Associates, P.L.L.C. as Class Counsel;

(6) appoint Rust Consulting, Inc. as the Claims Administrator for this settlement;

(7) approve the Parties' proposed schedule for the filing of a motion for final approval, for Class Members to submit their Claim Form, opt out, or file objections to the proposed settlement, and schedule a fairness hearing; and

    (8)    enter the proposed Order attached to the Minkoff Decl. as Exhibit D.

Dated: New York, New York
         September 11, 2020

                                  Respectfully submitted,

                                  BORRELLI & ASSOCIATES, P.L.L.C.
                                  *Attorneys for Plaintiffs*
                                  655 Third Avenue, Suite 1821
                                  New York, New York 10017
                                  Tel.   (212) 679–5000
                                  Fax.  (212) 679-5005

                    By:        _____
                                  Michael R. Minkoff, Esq. (MM 4787)
                                  Alexander T. Coleman, Esq. (AC 1717)
                                  Michael J. Borrelli, Esq. (MB 8533)