UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELVIN DEAS, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

ALBA CARTING & DEMOLITION INC., ALBA SERVICES INC., and ANDREW HORAN, individually,

                Defendants.

**Docket No.:**
**1:17-cv-03947-DCF**

---

### NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND THE ENTRY OF FINAL JUDGMENT

PLEASE TAKE NOTICE that upon the annexed Declarations of Michael R. Minkoff, Esq. ("Minkoff Declaration") and Jennifer Mills, Program Manager for Rust Consulting, Inc. ("Rust"), and all exhibits annexed thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings heretofore had herein, Named Plaintiff Melvin Deas will move this Court for an Order:

1) Granting final approval of the Settlement Agreement, annexed as **Exhibit A** to the Minkoff Declaration;

2) Authorizing the distribution of settlement checks to all Class Members who timely submitted a valid Claim Form and/or who executed the Parties' Settlement Agreement, representing their respective shares of the Settlement Fund;

3) Awarding Service Awards to the Named Plaintiff and eight of the Opt-in Plaintiffs, in the aggregate amount of $65,000.00, for their services to the Class;

4) Awarding attorneys' fees in the amount of $500,000.00, for legal services performed in prosecuting and settling the claims in this action, to Borrelli & Associates, P.L.L.C. as Class Counsel;

1

5) Awarding $11,317.22 for out-of-pocket costs and expenses to Class Counsel;

6) Awarding $13,905.00 for claims administration fees and costs to Rust;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement (of whom there were none); and

8) Dismissing this action against Defendants with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the Parties' settlement, as well as over the administration and distribution of the settlement fund.

Dated: New York, New York
February 23, 2021

                                Respectfully submitted,

                                BORRELLI & ASSOCIATES, P.L.L.C.
                                *Attorneys for Plaintiffs*
                                655 Third Avenue, Suite 1821
                                New York, New York 10017
                                Tel.   (212) 679-5000
                                Fax.  (212) 679-5005

                   By: _____
                                Michael R. Minkoff, Esq. (MM 4787)
                                Alexander T. Coleman, Esq. (AC 1717)
                                Michael J. Borrelli, Esq. (MB 8533)